No. 387. MAHONEY *v.* PAROLE BOARD OF NEW JERSEY. *Per Curiam:* The motion to dismiss is granted and the appeal

is dismissed for the want of a substantial federal question. *Samuel Kagle* for appellant. *Theodore D. Parsons,* Attorney General of New Jersey, and *Eugene T. Urbaniak,* Deputy Attorney General, for appellee.